# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| STEVEN HALL, | : | MOTION TO VACATE |
|    Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL INDICTMENT NO. |
| | : | 1:05-CR-0073-WSD-AJB-1 |
| UNITED STATES OF AMERICA, | : | |
|    Respondent. | : | CIVIL ACTION NO. |
| | : | 1:12-cv-0987-WSD |

## UNITED STATES MAGISTRATE JUDGE'S FINAL
## REPORT AND RECOMMENDATION

The matter is before the Court on Movant's amended memorandum in support of his 28 U.S.C. § 2255(f)(3) motion and his construed motion to vacate, [Docs. 40, 44]; Movant's motion to file an out-of-time § 2255 motion and his construed motion for equitable tolling, as supplemented, [Docs. 41, 42, 45, 46]; Respondent's response to Movant's motion for equitable tolling, [Doc. 49]; and Movant's notice of filing a withdrawal of his memorandum in support of his § 2255 motion and his notice of filing a voluntary dismissal of his § 2255 motion, [Docs. 52, 54].

In his notices regarding withdrawal, Movant states that he totally withdraws his amended memorandum in support of his § 2255 motion and that he withdraws "the Petition <u>ENTIRELY</u>!" [Docs 52, 54.] As a result, the construes Movant's latest filings as motions to voluntarily dismiss this action.

AO 72A
(Rev.8/82)

**IT IS RECOMMENDED** that Movant's notices, [Docs. 52, 54], construed as a motion to voluntarily dismiss his § 2255 motion, be **GRANTED**.

**IT IS FURTHER RECOMMENDED** that Movant's amended memorandum in support of his § 2255(f)(3) motion and his construed motion to vacate, [Docs. 40, 44], and Movant's motion to file an out-of-time § 2255 motion and his construed motion for equitable tolling, as supplemented, [Docs. 41, 42, 45, 46], be **DENIED** as moot.

The Clerk of Court is **DIRECTED** to terminate the referral of this § 2255 action to the undersigned.

**IT IS SO RECOMMENDED AND DIRECTED**, this  26th  day of  July , 2012.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)